IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

PATTY ARCHER and GIA SUTTI,

           Plaintiffs,

v.                                    Case No.   05-2382-KHV

NATIONAL BANK OF KANSAS CITY f/k/a
HORIZON NATIONAL BANK,

           Defendant.

## ORDER APPROVING SETTLEMENTS

The above-entitled matter came for hearing on the parties' Joint Motion for Approval of Settlement. It is hereby ORDERED:

1. The parties' joint motion for approval of the settlements is GRANTED.

2. Defendants are hereby ORDERED to pay the Plaintiffs and attorneys' fees as provided in the settlement agreements within 10 days of the date of this Order. After payments have been made, the parties shall promptly submit a joint stipulation dismissing this action with prejudice.

It is so ORDERED this 15th day of February, 2006.

                                                        s/ Kathryn H. Vratil
                                                        Kathryn H. Vratil
                                                        United States District Judge